In the Matter of the Accounting of ARTHUR V. JENNINGS, as Coadministrator of the Estate of WALTER F. JENNINGS, Deceased, Respondent. JOSEPHINE JENNINGS et al., Appellants.

Submitted November 14, 1955; decided November 17, 1955.

*Samuel A. Locker* for motion.
*Anthony B. Cataldo* for respondent.

Application for leave to prosecute appeal as poor persons and for assignment of counsel granted and Messrs. Vigdor and Locker of 332 East 149th Street, New York City, assigned as counsel to the appellants on the appeal herein. Case set down for argument during the January, 1956, session of the Court of Appeals.

Motion for stay granted.